Frank W. Hebbard, Respondent, v. New York and Queens County Railway Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

In the Matter of Effingham L. Holywell, an Attorney.— Motion granted. Eugene Lamb Richards, Jr., appointed referee, and Conrad S. Keyes appointed as attorney to prosecute. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

In the Matter of Joseph Martin, an Attorney.— Motion granted. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

· Siegmund Nathan, Respondent, v. William H. Woolverton, as President of the New York Transfer Company, Appellant.— Motions denied, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

William H. Coonan, Respondent, v. Hamburg-American Packet Company, Appellant. (Appeal No. 3.) — Interlocutory judgment affirmed, with costs, with leave to defendant to answer within twenty days. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Michele de Cristofano, Respondent, v. Alfonso Risolo and Rosa Risolo, His Wife, Appellants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

William K. Dickerson, Respondent, v. Philip M. Musica, Appellant.— Appeal dismissed, with costs, on the authority of *Loper* v. *Wading River Realty Co.* (143 App. Div. 167). Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Pietro Dilluvio, Respondent, v. New York and Queens County Railway Company, Appellant, Impleaded with the City of New York.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Samuel Felberbaum and Louis Goldstein, Respondents, v. Jacob Bronstein and Benjamin Stern, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Daisy Green, Respondent, v. Albert L. Green, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.